## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 3, 2012

Lyle W. Cayce
Clerk

No. 11-20688
Summary Calendar

In the Matter of: DAVID MOORE, doing business
as Brushy Creek Kennel, Incorporated, doing business
as Pinewood Kennel, doing business as Celtic Field Sports;
LISA THERESE MOORE,

Debtors

---

LISA BUSHMAN,

Plaintiff-Appellee

v.

DAVID MOORE; LISA THERESA MOORE,

Defendants-Appellants

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CV-3045

---

Before JONES, Chief Judge, and HAYNES and GRAVES, Circuit Judges.

EDITH H. JONES, Chief Judge:[*]

The court has carefully reviewed this appeal through the record of its tortuous and lengthy procedural career. We conclude that Appellants'

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

arguments are meritless, as the carefully wrought opinions of the bankruptcy and district courts patiently explain. There is no justification for prolonging this litigation, nor can we fruitfully add to the decisions already rendered.

**AFFIRMED.**